# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**

First Listed Plaintiff:
Kenneth D. Wivell ;
1 Citizen of This State;
**County of Residence:** Laclede County

Additional Plaintiff(s):
Tina M. Wivell ;
1 Citizen of This State;

**Defendant(s):**

First Listed Defendant:
Wells Fargo Bank, N.A., d/b/a Wells Fargo Home Mortgage ;
5 Incorporated and Principal Place of Business in Another State; South Dakota
**County of Residence:** Outside This District

Additional Defendants(s):
Kozeny & McCubbin, L.C. ;
4 Incorporated or Principal Place of Business in This State;

**County Where Claim For Relief Arose:** Pulaski County

**Plaintiff's Attorney(s):**

Erich V. Vieth (Kenneth Wivell)
The Simon Law Firm, P.C.
800 Market Street, Suite 1700
St. Louis, Missouri 63101
**Phone:** 314.241.2929
**Fax:** 314.241.2029
**Email:** evieth@simonlawpc.com

John E. Campbell
The Simon Law Firm, P.C.
800 Market Street, Suite 1700
St. Louis, Missouri 63101
**Phone:** 314.241.2929
**Fax:** 314.241.2029
**Email:** jcampbell@simonlawpc.com

Gregory W. Aleshire
Aleshire Robb, P.C.
2847 S. Ingram Mill Road, Suite A-102
Springfield, Missouri 65804
**Phone:** 417.869.3737
**Fax:** 417.869.5678
**Email:** galeshire@aleshirerobb.com

**Defendant's Attorney(s):**

Eric D. Martin ( Wells Fargo Bank, N.A., d/b/a Wells Fargo Home Mortgage)
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
**Phone:** 314.259.2000
**Fax:** 314.259.2020
**Email:** eric.martin@bryancave.com

Jonathan Potts       for Wells Fargo Bank, N.A.
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
**Phone:** 314.259.2000
**Fax:** 314.259.2020
**Email:** jonathan.potts@bryancave.com

Jennifer A. Donnelli       for Wells Fargo Bank, N.A.
Bryan Cave LLP
1200 Main Street, Suite 3500
Kansas City, Missouri 64105
**Phone:** 816.374.3200
**Fax:** 816.374.3300
**Email:** jadonnelli@bryancave.com

Clinton P. Woerth       for Kozeny & McCubbin, L.C.
Kozeny & McCubbin, L.C.
4220 Shawnee Mission Parkway, Suite 200B
Fairway, Kansas 66205
**Phone:** 913.677.2053
**Fax:** 913.831.6014
**Email:** cwoerth@km-law.com

Eric B. Wetzel     for Kozeny & McCubbin, L.C.
Kozeny & McCubbin, L.C.
4220 Shawnee Mission Parkway, Suite 200B
Fairway, Kansas 66205
**Phone:** 913.677.2053
**Fax:** 913.831.6014
**Email:** ewetzel@km-law.com

Patrick Murphy     for Kozeny & McCubbin, L.C.
Kozeny & McCubbin, L.C.
4220 Shawnee Mission Parkway, Suite 200B
Fairway, Kansas 66205
**Phone:** 913.677.2053
**Fax:** 913.831.6014
**Email:** pmurphy@km-law.com

**Basis of Jurisdiction:** 4. Diversity of Citizenship

**Citizenship of Principal Parties** (Diversity Cases Only)

   **Plaintiff:** 1 Citizen of This State

   **Defendant:** 5 Incorporated and Principal Place of Business in Another State

**Origin:** 2. Removed From State Court

   **State Removal County:** Pulaski County

   **State Removal Case Number:** 12PU-CV01555

**Nature of Suit:** 290 Other Real Property Actions

**Cause of Action:** Removal of state court action under 28 U.S.C. §§ 1332 and 1441 et seq. Plaintiffs assert claims for wrongful foreclosure, fraudulent misrepresentation, violation of the Missouri Merchandising Practices Act, civil conspiracy, negligence, negligent misrepresentation breach of fiduciary duty and unjust enrichment.

**Requested in Complaint**

   **Class Action:** Not filed as a Class Action

   **Monetary Demand (in Thousands):** excess of $194,000.00

   **Jury Demand:** Yes

   **Related Cases:** IS a refiling of case number 6:12-cv-03091-RED, assigned to Judge Dorr

---

**Signature:** s/ Eric D. Martin

**Date:** 10/17/2012

   If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.