IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| KENNETH D. WIVELL and <br> TINA M. WIVELL, husband and wife, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A. <br> d/b/a WELLS FARGO HOME MORTGAGE, <br> et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 6:12-cv-03457-RED <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT WELLS FARGO BANK, N.A.'S
DISCLOSURE OF CORPORATE INTERESTS**

Pursuant to Local Rule 7.1, Defendant Wells Fargo Bank, N.A. discloses that its parent company is Wells Fargo & Company, a publicly-held corporation, which directly and indirectly owns one hundred percent (100%) of the stock of Wells Fargo Bank, N.A. Wells Fargo & Company has no parent corporation, and no publicly held corporation owns ten percent (10%) or more of its stock.

**Respectfully submitted,**

**BRYAN CAVE LLP**

By: s/ Eric D. Martin
Eric D. Martin          MO #47558
Jonathan B. Potts       MO #64091
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
(314) 259-2000 (telephone)
(314) 259-2020 (facsimile)

Jennifer A. Donnelli    MO #47755
1200 Main Street, Suite 3500
Kansas City, MO 64105
(816) 374-3200 (telephone)
(816) 374-3300 (facsimile)

ATTORNEYS FOR DEFENDANT
WELLS FARGO BANK, N.A.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 17th day of October, 2012, the foregoing was served via United States mail, first class postage prepaid, to the following counsel of record:

Erich V. Vieth
John E. Campbell
The Simon Law Firm
800 Market Street, Suite 1700
St. Louis, MO 63101

Gregory W. Aleshire
Aleshire Robb, P.C.
2847 S. Ingram Mill Road, Suite A-102
Springfield, MO 65804

Attorneys for Plaintiffs

Clinton P. Woerth
Eric B. Wetzel
Patrick Murphy
Kozeny & McCubbin, L.C.
Fairway Corporate Center
4220 Shawnee Mission Parkway, Suite 200B
Fairway, KS 66205

Attorneys for Defendant Kozeny & McCubbin, L.C.

s/ Eric D. Martin
Attorney for Defendant