IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **KENNETH D. WIVELL and** | ) |
| **TINA M. WIVELL, husband and wife,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 6:12-cv-3457 |
| v. | ) |
| | ) |
| **WELLS FARGO BANK, N.A.,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

## DESIGNATION OF LEAD COUNSEL
## FOR DEFENDANT KOZENY & McCUBBIN, L.C.

COMES NOW Patrick D. Murphy of the law firm of Kozeny & McCubbin, L.C., attorneys of record for Defendant Kozeny & McCubbin, L.C., and represents and shows to the Court that he is an attorney at law, duly licensed and admitted to practice law in the State of Missouri, has been appointed by said law firm as lead counsel for the above captioned case, and that he enters his appearance herein as an attorney of record for said Defendant with the below contact information.

KOZENY & McCUBBIN, L.C.

/s/ Patrick Murphy
Patrick D. Murphy, MBE#52890
Fairway Corporate Center
4220 Shawnee Mission Parkway, Suite 200B
Fairway, KS 66205
Telephone:   (913) 677-0253
Facsimile:   (913) 831-6014
Email:   pmurphy@km-law.com
**Attorneys for Defendant**
**Kozeny & McCubbin, L.C.**

## Certificate of Service

       I hereby certify that on the 24 day of October, 2012, a true and correct copy of the above was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system:

| | |
|---|---|
| Erich V. Vieth, Esq.<br>John E. Campbell, Esq.<br>The Simon Law Firm<br>800 Market Street, Suite 1700<br>Saint Louis, MO 63101<br>**Attorneys for Plaintiffs** | Gregory W. Aleshire, Esq.<br>Aleshire Robb, P.C.<br>2847 S. Ingram Mill Road, Suite A-102<br>Springfield, MO 65804<br>**Attorney for Plaintiffs** |
| Eric D. Martin, Esq.<br>Jonathon B. Potts, Esq.<br>211 N. Broadway, Suite 3600<br>Saint Louis, MO 63102<br>**Attorney for Wells Fargo Bank, N.A.** | Jennifer A. Donnelli, Esq.<br>1200 Main St., Suite 3500<br>Kansas City, Missouri 64105<br>**Attorney for Wells Fargo Bank, N.A.** |

                                              /s/ Patrick D. Murphy