IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

**KENNETH D. WIVELL** and )
**TINA M. WIVELL, husband and wife,** )
)
        Plaintiff, )
) Case No. 6:12-cv-3457
v. )
)
**WELLS FARGO BANK, N.A.,** *et al.*, )
)
        Defendants. )

### DEFENDANT KOZENY & MCCUBBIN, L.C.'S
### DISCLOSURE OF CORPORATE INTERESTS

NOW COMES Defendant Kozeny & McCubbin, L.C., by and through its undersigned counsel of record, and pursuant Federal Rule 7.1 and Local Rule 7.1, makes the following disclosure: Kozeny & McCubbin, L.C. has not issued shares to the public. No other current subsidiaries or affiliates of Kozeny & McCubbin, L.C. have issued shares to the public.

        Respectfully Submitted,

        KOZENY & McCUBBIN, L.C.


        /s/ Patrick Murphy
        Patrick D. Murphy, MBE#52890
        Fairway Corporate Center
        4220 Shawnee Mission Parkway, Suite 200B
        Fairway, KS 66205
        Telephone:   (913) 677-0253
        Facsimile:   (913) 831-6014
        Email:   pmurphy@km-law.com
        **Attorneys for Defendant**
        **Kozeny & McCubbin, L.C.**

## Certificate of Service

        I hereby certify that on the <u>24</u> day of <u>October</u>, 2012, a true and correct copy of the above was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system:

| | |
|---|---|
| Erich V. Vieth, Esq. | Gregory W. Aleshire, Esq. |
| John E. Campbell, Esq. | Aleshire Robb, P.C. |
| The Simon Law Firm | 2847 S. Ingram Mill Road, Suite A-102 |
| 800 Market Street, Suite 1700 | Springfield, MO 65804 |
| Saint Louis, MO 63101 | **Attorney for Plaintiffs** |
| **Attorneys for Plaintiffs** | |
| | |
| Eric D. Martin, Esq. | Jennifer A. Donnelli, Esq. |
| Jonathon B. Potts, Esq. | 1200 Main St., Suite 3500 |
| 211 N. Broadway, Suite 3600 | Kansas City, Missouri 64105 |
| Saint Louis, MO 63102 | **Attorney for Wells Fargo Bank, N.A.** |
| **Attorney for Wells Fargo Bank, N.A.** | |

                                                                  /s/ Patrick D. Murphy

2

Case 6:12-cv-03457-RED    Document 8    Filed 10/24/12    Page 2 of 2