IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **KENNETH D. WIVELL** and **TINA M. WIVELL,** husband and wife, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 6:12-cv-3457<br>)<br>) |
| **WELLS FARGO BANK, N.A.,** *et al.*, | )<br>) |
| Defendants. | ) |

## DEFENDANT KOZENY & MCCUBBIN, L.C.'S
## MOTION TO DISMISS PLAINTIFFS' COMPLAINT

COMES NOW Defendant Kozeny & McCubbin, L.C. ("**Kozeny**"), by and through its undersigned attorney of record, and for its Motion to Dismiss Plaintiff's Complaint (originally denominated as a "Petition"), states as follows:

1. Plaintiff's claims in this case appear in an eight count[1] Complaint for Wrongful For Wrongful Foreclosure, Fraudulent Misrepresentation, Violation of the Missouri Merchandising Practices Act, Civil Conspiracy, Negligence, Negligent Misrepresentation, Breach of Fiduciary Duty and Unjust Enrichment.

2. The claims made against Defendant Kozeny fail to state a claim upon which relief can be granted pursuant to FED.R.CIV.P. 12(b)(6) in that there are no factual allegations to support the causes of action asserted against Kozeny, and amendment of the pleadings will not produce any.

3. In support of its Motion, Kozeny adopts and incorporates herein by reference its Suggestions in Support of its Motion to Dismiss.

---
[1] Count eight of Plaintiffs' Complaint is mistakenly denominated as "Count X."

1

WHEREFORE, Defendant Kozeny & McCubbin, L.C. moves this Court to dismiss the claims in Plaintiff's Complaint against Kozeny with prejudice, for its cost and fees incurred herein, and for such other and further relief as this Court deems just and proper.

Respectfully Submitted,

KOZENY & McCUBBIN, L.C.

/s/ Patrick Murphy
Patrick D. Murphy, MBE#52890
Fairway Corporate Center
4220 Shawnee Mission Parkway, Suite 200B
Fairway, KS 66205
Telephone: (913) 677-0253
Facsimile: (913) 831-6014
Email: pmurphy@km-law.com
**Attorneys for Defendant**
**Kozeny & McCubbin, L.C.**

### Certificate of Service

I hereby certify that on the 24 day of October, 2012, a true and correct copy of the above was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system:

| | |
|---|---|
| Erich V. Vieth, Esq.<br>John E. Campbell, Esq.<br>The Simon Law Firm<br>800 Market Street, Suite 1700<br>Saint Louis, MO 63101<br>**Attorneys for Plaintiffs** | Gregory W. Aleshire, Esq.<br>Aleshire Robb, P.C.<br>2847 S. Ingram Mill Road, Suite A-102<br>Springfield, MO 65804<br>**Attorney for Plaintiffs** |
| Eric D. Martin, Esq.<br>Jonathon B. Potts, Esq.<br>211 N. Broadway, Suite 3600<br>Saint Louis, MO 63102<br>**Attorney for Wells Fargo Bank, N.A.** | Jennifer A. Donnelli, Esq.<br>1200 Main St., Suite 3500<br>Kansas City, Missouri 64105<br>**Attorney for Wells Fargo Bank, N.A.** |

/s/ Patrick D. Murphy

2

Case 6:12-cv-03457-RED   Document 10   Filed 10/24/12   Page 2 of 2